IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT B. DIENER and MICHELLE S. DIENER, | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 05-971 T |
| | ) | (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| Defendant | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Cory A. Johnson attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Cory A. Johnson, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: October 18, 2005

s/ Cory A. Johnson
CORY A. JOHNSON
Justice Department (Tax)
Court of Federal Claims Section
(202) 307-3046
(202) 514-9440 fax