**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DAVID S. LITMAN and** | ) | |
| **MALIA A. LITMAN** | ) | |
| | ) | |
| **Plaintiffs-Counterdefendants,** | ) | |
| | ) | **No. 05-956 T** |
| **vs.** | ) | **(Judge Mary Ellen Coster Williams)** |
| | ) | |
| **THE UNITED STATES** | ) | |
| | ) | |
| **Defendant-Counterplaintiffs.** | ) | |

**NOTICE OF DIRECTLY RELATED CASE**

Defendant-counterplaintiff, The United States, pursuant to Rule 40.2 of the Rules of the United States Court of Federal Claims ("RCFC")**,** files this Notice of Directly Related Case and states as follows:

1. This case is directly related to the later-filed case of *Diener et al. v. The United States*, No. 05-971 T. *Diener* is currently assigned to Judge Christine O. C. Miller. Pursuant to RCFC 40.2(a)(3), The United States is filing this Notice, captioned in the name of this case (the earlier-filed), in both cases.

2. This case and *Diener* involve the same claims, property and contract, and are, therefore, directly related under RCFC 40.2(a)(1)(A) and (B). Specifically, both cases seek refunds of alleged overpayments of income taxes, and the taxes at issue arise from the same sale of assets by, and subsequent liquidation of, a Subchapter S corporation owned jointly by the plaintiffs in this case and *Diener*. Plaintiffs in both cases claim that the Internal Revenue Service (a) overvalued identical restricted stock received pursuant to the sale of assets contract; and (b)

erroneously disallowed the same employee compensation deduction for the taxable year ending December 31, 2000. Obviously, consolidation of these cases for discovery and trial will conserve judicial resources and promote an efficient and, where appropriate, consistent determination of the common claims presented. Plaintiffs in both cases are represented by the same attorney.

3. Pursuant to RCFC 40.1(b), 40.2(a)(3) and 42.1, the United States also is filing in this case, because it is the earlier-filed case, a motion to transfer and suggestion of consolidation. Attached to the motion are copies of the complaints in the two cases. The complaints are virtually identical.

Respectfully submitted,

s/ Cory A. Johnson
Cory A. Johnson
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington D.C. 20044
202-307-3046

Eileen J. O'Connor
Assistant Attorney General
David Gustafson
Acting Chief, Court of Federal Claims Section
Steven I. Frahm
Assistant Chief, Court of Federal Claims Section

s/ Steven I. Frahm
Of Counsel

Dated: November 10, 2005