# EXHIBIT D

## TO

## Affidavit of Robert B. Diener

KPMG

# 2000 Income Tax Returns

TMF LIQUIDATING TRUST

Form **1041** Department of the Treasury - Internal Revenue Service

# U.S. Income Tax Return for Estates and Trusts 2000

For calendar year 2000 or fiscal year beginning , 2000, and ending OMB No. 1545-0092

**A** Type of entity:
- [ ] Decedent's estate
- [ ] Simple trust
- [ ] Complex trust
- [X] Grantor type trust
- [ ] Bankruptcy estate - Ch. 7
- [ ] Bankruptcy estate - Ch. 11
- [ ] Pooled income fund

**B** Number of Schedules K-1 attached (see instructions) ▶ 9

Name of estate or trust (If a grantor type trust, see page 10 of the instructions.)
TMF LIQUIDATING TRUST

Name and title of fiduciary
ROBERT DIENER, CO TRUSTEE

Number, street, and room or suite no. (If a P.O. box, see page 10 of the instructions.)
8140 WALNUT HILL LN, STE 203

City or town, state, and ZIP code
DALLAS, TX 75231

**C** Employer identification number
75-6546935

**D** Date entity created
05/10/1999

**E** Nonexempt charitable and split-interest trusts, check applicable boxes (see page 10 of the instructions):
- [ ] Described in section 4947(a)(1)
- [ ] Not a private foundation
- [ ] Described in section 4947(a)(2)

**F** Check applicable boxes: [ ] Initial return [ ] Final return [ ] Amended return [ ] Change in fiduciary's name [ ] Change in fiduciary's address

**G** Pooled mortgage account (see page 11 of the instructions): [ ] Bought [ ] Sold Date:

UNDER THE TERMS OF THE TRUST INSTRUMENT, THIS IS A GRANTOR TRUST AND ALL INCOME IS TAXABLE TO THE GRANTOR AS SET FORTH UNDER 1986 I.R.C. SECTIONS 671-678

**Income**

| Line | Description | Amount |
|---|---|---|
| 1 | Interest income | |
| 2 | Ordinary dividends | |
| 3 | Business income or (loss) (attach Schedule C or C-EZ (Form 1040)) | |
| 4 | Capital gain or (loss) (attach Schedule D (Form 1041)) | |
| 5 | Rents, royalties, partnerships, other estates and trusts, etc. (attach Schedule E (Form 1040)) | |
| 6 | Farm income or (loss) (attach Schedule F (Form 1040)) | |
| 7 | Ordinary gain or (loss) (attach Form 4797) | |
| 8 | Other income. List type and amount | |
| 9 | **Total income.** Combine lines 1 through 8 ▶ | |

**Deductions**

| Line | Description | Amount |
|---|---|---|
| 10 | Interest. Check if Form 4952 is attached ▶ [ ] | |
| 11 | Taxes | |
| 12 | Fiduciary fees | |
| 13 | Charitable deduction (from Schedule A, line 7) | |
| 14 | Attorney, accountant, and return preparer fees | |
| 15a | Other deductions not subject to the 2% floor (attach schedule) | |
| 15b | Allowable miscellaneous itemized deductions subject to the 2% floor | |
| 16 | **Total.** Add lines 10 through 15b | |
| 17 | Adjusted total income or (loss). Subtract line 16 from line 9. Enter here and on Schedule B, line 1 ▶ | |
| 18 | Income distribution deduction (from Schedule B, line 15) (attach Schedules K-1 (Form 1041)) | |
| 19 | Estate tax deduction (including certain generation-skipping taxes) (attach computation) | |
| 20 | Exemption | |
| 21 | **Total deductions.** Add lines 18 through 20 ▶ | |

PREPARER'S COPY

**Tax and Payments**

| Line | Description | Amount |
|---|---|---|
| 22 | **Taxable income.** Subtract line 21 from line 17. If a loss, see page 15 of the instructions | |
| 23 | **Total tax** (from Schedule G, line 7) | |
| 24a | **Payments:** a 2000 estimated tax payments and amount applied from 1999 return | |
| 24b | Estimated tax payments allocated to beneficiaries (from Form 1041-T) | |
| 24c | Subtract line 24b from line 24a | |
| 24d | Tax paid with extension of time to file: [ ] Form 2758 [ ] Form 8736 [ ] Form 8800 | |
| 24e | Federal income tax withheld. If any is from Form(s) 1099, check ▶ [ ] | |
| 24h | Other payments: f Form 2439 ; g Form 4136 ; Total ▶ | |
| 25 | **Total payments.** Add lines 24c through 24e, and 24h ▶ | |
| 26 | Estimated tax penalty (see page 16 of the instructions) | |
| 27 | **Tax due.** If line 25 is smaller than the total of lines 23 and 26, enter amount owed | |
| 28 | **Overpayment.** If line 25 is larger than the total of lines 23 and 26, enter amount overpaid | |
| 29 | Amount of line 28 to be: a Credited to 2001 estimated tax ▶ ; b Refunded ▶ | |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than fiduciary) is based on all information of which preparer has any knowledge.

▶ Signature of fiduciary or officer representing fiduciary | Date | ▶ EIN of fiduciary if a financial institution (see page 6 of the instructions)

**Paid Preparer's Use Only**

| | | |
|---|---|---|
| Preparer's signature ▶ | Date | Check if self-employed ▶ [ ] Preparer's SSN or PTIN 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 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | KPMG LLP | EIN ▶ 13-5565207 |
| | 1 BISCAYNE TWR./2 S. BISCAYNE BLVD | Phone no. 305-358-2300 |
| | MIAMI, FL | 33131-1806 |

**For Paperwork Reduction Act Notice, see the separate instructions.** JSA Form **1041** (2000)

0F1010 2.000

Form **8736** (Rev. October 2000) Department of the Treasury Internal Revenue Service

# Application for Automatic Extension of Time To File U.S. Return for a Partnership, REMIC, or for Certain Trusts

▶ File a separate application for each return.

OMB No. 1545-1054

Please type or print.

File by the due date for filing the return for which an extension is requested. See instructions.

Name: TMF LIQUIDATING TRUST

Employer identification number: 75-6546935

Number, street, and room or suite no. If a P.O. box, see instructions.: 8140 WALNUT HILL LN, STE 203

City or town, state, and ZIP code. If a foreign address, enter city, province or state, and country. Follow the country's practice for entering the postal code.: DALLAS, TX 75231

KPMG LLP
2 SO. BISC. BLVD., MIAMI, FL 33131 13-5565207

1 I request an automatic 3-month extension of time to file (check only one):
[X] Form 1041 [ ] Form 1041-QFT [ ] Form 1065 [ ] Form 1065-B [ ] Form 1066

2 If the entity does not have an office or place of business in the United States, check this box ▶ [ ]

3a For calendar year 2000, or other tax year beginning ________, ______, and ending ________, ______.

b If this tax year is for less than 12 months, check reason:
[ ] Initial return [ ] Final return [ ] Change in accounting period

4 If this extension is requested for Form 1041, Form 1041-QFT, Form 1065-B, or Form 1066, enter the following amounts:

a Tentative total tax from Form 1041, Form 1041-QFT, Form 1065-B, or Form 1066 (see instructions) ... NONE

b Refundable credits and estimated tax payments, including any prior year overpayment allowed as a credit, from Form 1041, Form 1041-QFT, or Form 1065-B (see instructions). REMICs, enter -0- ... ______

c Balance due. Subtract line 4b from line 4a. If zero or less, enter -0-. Enclose payment, if any, with Form 8736 (see instructions) ... ▶ NONE

**Caution:** *Interest will be charged on any tax not paid by the regular due date of Forms 1041, 1041-QFT, 1065-B, and 1066 from the due date until the tax is paid.*

## General Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

### Purpose of Form

Use Form 8736 to request an automatic 3-month extension of time to file a return for:

- Trusts filing **Form 1041**, U.S. Income Tax Return for Estates and Trusts, or **Form 1041-QFT**, U.S. Income Tax Return for Qualified Funeral Trusts.
- Partnerships filing **Form 1065**, U.S. Return of Partnership Income, or **Form 1065-B**, U.S. Return of Income for Electing Large Partnerships.
- Real estate mortgage investment conduits filing **Form 1066**, U.S. Real Estate Mortgage Investment Conduit (REMIC) Income Tax Return.

If allowed, the automatic extension will extend the due date of the return to the 15th day of the 3rd month following the month in which the regular due date falls. The automatic 3-month extension period includes any 2-month extension granted under Regulations section 1.6081-5 to certain foreign partnerships.

**Note:** *An estate filing Form 1041 should not file this form. Instead, it should request an extension using Form 2758, Application for Extension of Time To File Certain Excise, Income, Information, and Other Returns.*

The extension will be allowed if you complete Form 8736 properly, make a proper estimate of the tax on line 4a (if applicable), and file the form on time. We will notify you only if your request for an extension is not allowed.

For most partnerships, trust, and REMICs, an automatic extension will extend the due date of the return to July 15th of the year following the close of the calendar year.

### When To File

File Form 8736 by the regular due date of the return for which an extension is requested (or, in the case of certain foreign partnerships, by the expiration date of any extension of time to file granted under Regulations section 1.6081-5). The regular due date is generally the 15th day of the 4th month following the close of the entity's tax year.

### Additional Extension of Time To File

If Form 8736 has already been filed but more time is needed, file **Form 8800**, Application for Additional Extension of Time To File U.S. Return for a Partnership, REMIC, or for Certain Trusts. Except in cases of undue hardship, do not file Form 8800 unless Form 8736 has already been filed. Before an additional extension can be granted, the entity must show reasonable cause for the additional time needed to file.

Ask for the additional extension early so that if it is denied the return can still be filed on time.

### Where To File

File Form 8736 with the Internal Revenue Service Center where the entity will file its return.

### No Blanket Requests

File a separate Form 8736 for each return for which you are requesting an extension of time to file. This extension will apply only to the specific return checked on line 1. It does not extend the time for filing any related returns. For example, an automatic extension of time to file Form 1065 will not apply to the income tax returns of the partners of the partnership.

**Schedule A** **Charitable Deduction.** Do not complete for a simple trust or a pooled income fund.

| | | | |
|---|---|---|---|
| 1 | Amounts paid or permanently set aside for charitable purposes from gross income (see page 16) | 1 | |
| 2 | Tax-exempt income allocable to charitable contributions (see page 16 of the instructions) | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Capital gains for the tax year allocated to corpus and paid or permanently set aside for charitable purposes | 4 | |
| 5 | Add lines 3 and 4 | 5 | |
| 6 | Section 1202 exclusion allocable to capital gains paid or permanently set aside for charitable purposes (see page 16 of the instructions) | 6 | |
| 7 | Charitable deduction. Subtract line 6 from 5. Enter here and on page 1, line 13 | 7 | |

**Schedule B** **Income Distribution Deduction**

| | | | |
|---|---|---|---|
| 1 | Adjusted total income (from page 1, line 17) (see page 17 of the instructions) | 1 | |
| 2 | Adjusted tax-exempt interest | 2 | |
| 3 | Total net gain from Schedule D (Form 1041), line 16, column (1) (see page 17 of the instructions) | 3 | |
| 4 | Enter amount from Schedule A, line 4 (reduced by any allocable section 1202 exclusion) | 4 | |
| 5 | Capital gains for the tax year included on Schedule A, line 1 (see page 17 of the instructions) | 5 | |
| 6 | Enter any gain from page 1, line 4, as a negative number. If page 1, line 4, is a loss, enter the loss as a positive number | 6 | |
| 7 | Distributable net income (DNI). Combine lines 1 through 6. If zero or less, enter -0- | 7 | |
| 8 | If a complex trust, enter accounting income for the tax year as determined under the governing instrument and applicable local law — 8 | | |
| 9 | Income required to be distributed currently | 9 | |
| 10 | Other amounts paid, credited, or otherwise required to be distributed | 10 | |
| 11 | Total distributions. Add lines 9 and 10. If greater than line 8, see page 18 of the instructions | 11 | |
| 12 | Enter the amount of tax-exempt income included on line 11 | 12 | |
| 13 | Tentative income distribution deduction. Subtract line 12 from line 11 | 13 | |
| 14 | Tentative income distribution deduction. Subtract line 2 from line 7. If zero or less, enter -0- | 14 | |
| 15 | Income distribution deduction. Enter the smaller of line 13 or line 14 here and on page 1, line 18 | 15 | |

**Schedule G** **Tax Computation** (see page 18 of the instructions)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Tax: a ☐ Tax rate schedule or ☐ Schedule D (Form 1041) | 1a | | | |
| | b Tax on lump-sum distributions (attach Form 4972) | 1b | | | |
| | c Alternative minimum tax (from Schedule I, line 39) | 1c | | | |
| | d Total. Add lines 1a through 1c ▶ | | | 1d | |
| 2a | Foreign tax credit (attach Form 1116) | 2a | | | |
| b | Check: ☐ Nonconventional source fuel credit ☐ Form 8834 | 2b | | | |
| c | General business credit. Enter here and check which forms are attached: ☐ Form 3800 or ☐ Forms (specify) ▶ | 2c | | | |
| d | Credit for prior year minimum tax (attach Form 8801) | 2d | | | |
| 3 | Total credits. Add lines 2a through 2d ▶ | | | 3 | |
| 4 | Subtract line 3 from line 1d | | | 4 | |
| 5 | Recapture taxes. Check if from: ☐ Form 4255 ☐ Form 8611 | | | 5 | |
| 6 | Household employment taxes. Attach Schedule H (Form 1040) | | | 6 | |
| 7 | Total tax. Add lines 4 through 6. Enter here and on page 1, line 23 ▶ | | | 7 | |

**Other Information**

| | | Yes | No |
|---|---|---|---|
| 1 | Did the estate or trust receive tax-exempt income? If "Yes," attach a computation of the allocation of expenses | X | |
| | Enter the amount of tax-exempt interest income and exempt-interest dividends ▶ $ 459,693. | | |
| 2 | Did the estate or trust receive all or any part of the earnings (salary, wages, and other compensation) of any individual by reason of a contract assignment or similar arrangement? | | X |
| 3 | At any time during calendar year 2000, did the estate or trust have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? | | X |
| | See page 20 of the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country ▶ | | |
| 4 | During the tax year, did the estate or trust receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the estate or trust may have to file Form 3520. See page 20 of the instructions | | X |
| 5 | Did the estate or trust receive, or pay, any qualified residence interest on seller-provided financing? If "Yes," see page 20 for required attachment | | X |
| 6 | If this is an estate or a complex trust making the section 663(b) election, check here (see page 20) ▶ ☐ | | |
| 7 | To make a section 643(e)(3) election, attach Schedule D (Form 1041), and check here (see page 20) ▶ ☐ | | |
| 8 | If the decedent's estate has been open for more than 2 years, attach an explanation for the delay in closing the estate, and check here ▶ ☐ | | |
| 9 | Are any present or future trust beneficiaries skip persons? See page 20 of the instructions | | X |

ACCOUNT NAME: TMF QUIDATI TRUST

TRUST I.D. NUMBER: 75-6546935
ROBERT DIENER, CO TRUSTEE
8140 WALNUT HILL LN, STE 203
DALLAS, TX 75231

## GRANTOR TAX INFORMATION LETTER

BENEFICIARY:

DAVID LITMAN
8140 WALNUT HILL LANE
SUITE 800
DALLAS, TX 75231

I.D. NUMBER: 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

TAX YEAR
BEGINNING 01/01/2000
ENDING 12/31/2000

ENTER THE AMOUNTS LISTED BELOW ON YOUR U.S. INCOME TAX RETURN

### I N C O M E

OTHER INTEREST INCOME ............................................ 164,797.
(ENTER THE ABOVE ON SCHEDULE B, PART I, LINE 1)
DIVIDEND INCOME .................................................. 43,030.
(ENTER THE ABOVE ON SCHEDULE B, PART II, LINE 5)
LONG TERM GAINS OR LOSSES:
GAIN FROM INSTALLMENT SALES
TOTAL FOR YEAR .................................................. 23370429.
(ENTER ABOVE ON SCHEDULE D, PART II, COLUMN F)
OTHER GAIN OR LOSS
TOTAL FOR YEAR .................................................. 21272804.
(ENTER ABOVE ON SCHEDULE D, PART II, COLUMN F)
BUSINESS INCOME FROM ACTIVE/PASSIVE ACTIVITIES .............. -3207866.
(SEE SCHEDULE C INSTRUCTIONS)

### D E D U C T I O N S

AMORTIZATION FROM ACTIVE/PASSIVE ACTIVITIES ........................ 22.

### M I S C E L L A N E O U S   I N F O R M A T I O N

TAX-EXEMPT INTEREST (NOT SUBJECT TO ALT MIN TAX) ................ 206,402.
(ENTER ON FORM 1040, LINE 8B)
(NO ALLOCATION AGAINST FEES OR COMMISSIONS
HAS BEEN MADE WITH YOUR TAX-EXEMPT INCOME)

Report the amounts listed above on your 2000 tax return. These may differ from payments actually received by you. The difference may be caused by the exclusion of tax-exempt income, our agreed plan of remitting, fiduciary deduction, or variance between your taxable year and that of this account. If you have interests in other accounts, appropriate schedules will follow.

ACCOUNT NAME: TMF [illegible]QUIDATI[illegible] TRUST

TRUST I.D. NUMBER: 75-6546935
ROBERT DIENER, CO TRUSTEE
8140 WALNUT HILL LN, STE 203
DALLAS, TX 75231

## GRANTOR TAX INFORMATION LETTER

BENEFICIARY:

ZACHARY LITMAN EXEMPT GS TRUST
6540 PHEASANT RUN ROAD
PLANO, TX 75023

I.D. NUMBER: 75-6530741

TAX YEAR
BEGINNING 01/01/2000
ENDING 12/31/2000

ENTER THE AMOUNTS LISTED BELOW ON YOUR U.S. INCOME TAX RETURN

### INCOME

| | |
|---|---|
| OTHER INTEREST INCOME ........................................ | 6,240. |
| DIVIDEND INCOME .............................................. | 1,629. |
| LONG TERM GAINS OR LOSSES: | |
| GAIN FROM INSTALLMENT SALES | |
| TOTAL FOR YEAR ............................................... | 884,849. |
| OTHER GAIN OR LOSS | |
| TOTAL FOR YEAR ............................................... | 805,429. |
| BUSINESS INCOME FROM ACTIVE/PASSIVE ACTIVITIES .............. | -121,456. |

### DEDUCTIONS

| | |
|---|---|
| AMORTIZATION FROM ACTIVE/PASSIVE ACTIVITIES .................... | 1. |

### MISCELLANEOUS INFORMATION

| | |
|---|---|
| TAX-EXEMPT INTEREST (NOT SUBJECT TO ALT MIN TAX) ............... | 7,815. |
| (NO ALLOCATION AGAINST FEES OR COMMISSIONS HAS BEEN MADE WITH YOUR TAX-EXEMPT INCOME) | |

Report the amounts listed above on your 2000 tax return. These may differ from payments actually received by you. The difference may be caused by the exclusion of tax-exempt income, our agreed plan of remitting, fiduciary deduction, or variance between your taxable year and that of this account. If you have interests in other accounts, appropriate schedules will follow.

ACCOUNT NAME: THE LIQUIDATING TRUST

TRUST I.D. NUMBER: 75-6546935
ROBERT DIENER, CO TRUSTEE
8140 WALNUT HILL LN, STE 203
DALLAS, TX 75231

## GRANTOR TAX INFORMATION LETTER

BENEFICIARY:

KATHERINE E. LITMAN EXEMPT GS TRUST
6540 PHEASANT RUN ROAD
PLANO, TX 75023

I.D. NUMBER: 75-6530744

TAX YEAR
BEGINNING 01/01/2000
ENDING 12/31/2000

ENTER THE AMOUNTS LISTED BELOW ON YOUR U.S. INCOME TAX RETURN

### I N C O M E

| | |
|---|---|
| OTHER INTEREST INCOME .................................... | 6,239. |
| DIVIDEND INCOME .......................................... | 1,629. |
| LONG TERM GAINS OR LOSSES: | |
| GAIN FROM INSTALLMENT SALES | |
| TOTAL FOR YEAR ........................................... | 884,849. |
| OTHER GAIN OR LOSS | |
| TOTAL FOR YEAR ........................................... | 805,429. |
| BUSINESS INCOME FROM ACTIVE/PASSIVE ACTIVITIES .............. | -121,456. |

### D E D U C T I O N S

| | |
|---|---|
| AMORTIZATION FROM ACTIVE/PASSIVE ACTIVITIES ...................... | 1. |

### M I S C E L L A N E O U S I N F O R M A T I O N

| | |
|---|---|
| TAX-EXEMPT INTEREST (NOT SUBJECT TO ALT MIN TAX) ................ (NO ALLOCATION AGAINST FEES OR COMMISSIONS HAS BEEN MADE WITH YOUR TAX-EXEMPT INCOME) | 7,815. |

Report the amounts listed above on your 2000 tax return. These may differ from payments actually received by you. The difference may be caused by the exclusion of tax-exempt income, our agreed plan of remitting, fiduciary deduction, or variance between your taxable year and that of this account. If you have interests in other accounts, appropriate schedules will follow.

ACCOUNT NAME: THE LIQUIDATING TRUST

TRUST I.D. NUMBER: 75-6546935
ROBERT DIENER, CO TRUSTEE
8140 WALNUT HILL LN, STE 203
DALLAS, TX 75231

## GRANTOR TAX INFORMATION LETTER

BENEFICIARY:

ANNA M. LITMAN EXEMPT GS TRUST
6540 PHEASANT RUN ROAD
PLANO, TX 75023

I.D. NUMBER: 75-6530742

TAX YEAR
BEGINNING 01/01/2000
ENDING 12/31/2000

ENTER THE AMOUNTS LISTED BELOW ON YOUR U.S. INCOME TAX RETURN

### I N C O M E

| | |
|---|---|
| OTHER INTEREST INCOME | 6,240. |
| DIVIDEND INCOME | 1,630. |
| LONG TERM GAINS OR LOSSES: | |
| GAIN FROM INSTALLMENT SALES | |
| TOTAL FOR YEAR | 884,849. |
| OTHER GAIN OR LOSS | |
| TOTAL FOR YEAR | 805,429. |
| BUSINESS INCOME FROM ACTIVE/PASSIVE ACTIVITIES | -121,456. |

### D E D U C T I O N S

| | |
|---|---|
| AMORTIZATION FROM ACTIVE/PASSIVE ACTIVITIES | 1. |

### M I S C E L L A N E O U S   I N F O R M A T I O N

| | |
|---|---|
| TAX-EXEMPT INTEREST (NOT SUBJECT TO ALT MIN TAX) (NO ALLOCATION AGAINST FEES OR COMMISSIONS HAS BEEN MADE WITH YOUR TAX-EXEMPT INCOME) | 7,815. |

Report the amounts listed above on your 2000 tax return. These may differ from payments actually received by you. The difference may be caused by the exclusion of tax-exempt income, our agreed plan of remitting, fiduciary deduction, or variance between your taxable year and that of this account. If you have interests in other accounts, appropriate schedules will follow.

ACCOUNT NAME: TMF [illegible]QUIDATI[illegible] TRUST

TRUST I.D. NUMBER: 75-6546935
ROBERT DIENER, CO TRUSTEE
8140 WALNUT HILL LN, STE 203
DALLAS, TX 75231

# GRANTOR TAX INFORMATION LETTER

BENEFICIARY:

ALLISON DIENER EXEMPT GS TRUST
5521 GREENVILLE AVENUE
SUITE 104-540
DALLAS, TX 75206

I.D. NUMBER: 75-6530892

TAX YEAR
BEGINNING 01/01/2000
ENDING 12/31/2000

ENTER THE AMOUNTS LISTED BELOW ON YOUR U.S. INCOME TAX RETURN

## I N C O M E

| | |
|---|---|
| OTHER INTEREST INCOME | 3,426. |
| DIVIDEND INCOME | 894. |
| LONG TERM GAINS OR LOSSES: | |
| GAIN FROM INSTALLMENT SALES | |
| TOTAL FOR YEAR | 485,834. |
| OTHER GAIN OR LOSS | |
| TOTAL FOR YEAR | 442,228. |
| BUSINESS INCOME FROM ACTIVE/PASSIVE ACTIVITIES | -66,686. |

## M I S C E L L A N E O U S I N F O R M A T I O N

| | |
|---|---|
| TAX-EXEMPT INTEREST (NOT SUBJECT TO ALT MIN TAX) | 4,290. |

(NO ALLOCATION AGAINST FEES OR COMMISSIONS
HAS BEEN MADE WITH YOUR TAX-EXEMPT INCOME)

Report the amounts listed above on your 2000 tax return. These may differ from payments actually received by you. The difference may be caused by the exclusion of tax-exempt income, our agreed plan of remitting, fiduciary deduction, or variance between your taxable year and that of this account. If you have interests in other accounts, appropriate schedules will follow.

ACCOUNT NAME: TMF [illegible]QUIDATI[illegible] TRUST

TRUST I.D. NUMBER: 75-6546935
ROBERT DIENER, CO TRUSTEE
8140 WALNUT HILL LN, STE 203
DALLAS, TX 75231

## GRANTOR TAX INFORMATION LETTER

BENEFICIARY:

BRIANNA DIENER EXEMPT GS TRUST
5521 GREENVILLE AVENUE
SUITE 104-540
DALLAS, TX 75206

I.D. NUMBER: 75-6530898

TAX YEAR
BEGINNING 01/01/2000
ENDING 12/31/2000

ENTER THE AMOUNTS LISTED BELOW ON YOUR U.S. INCOME TAX RETURN

### I N C O M E

| | |
|---|---|
| OTHER INTEREST INCOME | 3,425. |
| DIVIDEND INCOME | 894. |
| LONG TERM GAINS OR LOSSES: | |
| GAIN FROM INSTALLMENT SALES | |
| TOTAL FOR YEAR | 485,782. |
| OTHER GAIN OR LOSS | |
| TOTAL FOR YEAR | 442,181. |
| BUSINESS INCOME FROM ACTIVE/PASSIVE ACTIVITIES | -66,679. |

### M I S C E L L A N E O U S   I N F O R M A T I O N

| | |
|---|---|
| TAX-EXEMPT INTEREST (NOT SUBJECT TO ALT MIN TAX) | 4,291. |

(NO ALLOCATION AGAINST FEES OR COMMISSIONS
HAS BEEN MADE WITH YOUR TAX-EXEMPT INCOME)

Report the amounts listed above on your 2000 tax return. These may differ from payments actually received by you. The difference may be caused by the exclusion of tax-exempt income, our agreed plan of remitting, fiduciary deduction, or variance between your taxable year and that of this account. If you have interests in other accounts, appropriate schedules will follow.

ACCOUNT NAME: TMF LIQUIDATING TRUST

TRUST I.D. NUMBER: 75-6546935
ROBERT DIENER, CO TRUSTEE
8140 WALNUT HILL LN, STE 203
DALLAS, TX 75231

## GRANTOR TAX INFORMATION LETTER

BENEFICIARY:

JOSHUA DIENER EXEMPT GS TRUST
5521 GREENVILLE AVENUE
SUITE 104-540
DALLAS, TX 75206

I.D. NUMBER: 75-6547039

TAX YEAR
BEGINNING 01/01/2000
ENDING 12/31/2000

ENTER THE AMOUNTS LISTED BELOW ON YOUR U.S. INCOME TAX RETURN

### I N C O M E

| | |
|---|---|
| OTHER INTEREST INCOME | 3,426. |
| DIVIDEND INCOME | 895. |
| LONG TERM GAINS OR LOSSES: | |
| GAIN FROM INSTALLMENT SALES | |
| TOTAL FOR YEAR | 485,782. |
| OTHER GAIN OR LOSS | |
| TOTAL FOR YEAR | 442,180. |
| BUSINESS INCOME FROM ACTIVE/PASSIVE ACTIVITIES | -66,680. |

### D E D U C T I O N S

| | |
|---|---|
| AMORTIZATION FROM ACTIVE/PASSIVE ACTIVITIES | 1. |

### M I S C E L L A N E O U S I N F O R M A T I O N

| | |
|---|---|
| TAX-EXEMPT INTEREST (NOT SUBJECT TO ALT MIN TAX) (NO ALLOCATION AGAINST FEES OR COMMISSIONS HAS BEEN MADE WITH YOUR TAX-EXEMPT INCOME) | 4,290. |

Report the amounts listed above on your 2000 tax return. These may differ from payments actually received by you. The difference may be caused by the exclusion of tax-exempt income, our agreed plan of remitting, fiduciary deduction, or variance between your taxable year and that of this account. If you have interests in other accounts, appropriate schedules will follow.

ACCOUNT NAME: TMF [illegible]QUIDATI[illegible] TRUST

TRUST I.D. NUMBER: 75-6546935
ROBERT DIENER, CO TRUSTEE
8140 WALNUT HILL LN, STE 203
DALLAS, TX 75231

## GRANTOR TAX INFORMATION LETTER

BENEFICIARY:

ROBERT B. DIENER IRREV TRUST
C/O ROBERT DIENER, CO TRUSTEE
5221 GREENVILLE AVENUE
SUITE 104-540
DALLAS, TX 75206

I.D. NUMBER: 75-6563000

TAX YEAR
BEGINNING 01/01/2000
ENDING 12/31/2000

ENTER THE AMOUNTS LISTED BELOW ON YOUR U.S. INCOME TAX RETURN

### I N C O M E

| | |
|---|---|
| OTHER INTEREST INCOME | 35,602. |
| DIVIDEND INCOME | 9,296. |
| LONG TERM GAINS OR LOSSES: | |
| GAIN FROM INSTALLMENT SALES | |
| TOTAL FOR YEAR | 5,048,845. |
| OTHER GAIN OR LOSS | |
| TOTAL FOR YEAR | 4,595,684. |
| BUSINESS INCOME FROM ACTIVE/PASSIVE ACTIVITIES | -693,013. |

### D E D U C T I O N S

| | |
|---|---|
| AMORTIZATION FROM ACTIVE/PASSIVE ACTIVITIES | 5. |

### M I S C E L L A N E O U S I N F O R M A T I O N

| | |
|---|---|
| TAX-EXEMPT INTEREST (NOT SUBJECT TO ALT MIN TAX) | 44,590. |

(NO ALLOCATION AGAINST FEES OR COMMISSIONS HAS BEEN MADE WITH YOUR TAX-EXEMPT INCOME)

Report the amounts listed above on your 2000 tax return. These may differ from payments actually received by you. The difference may be caused by the exclusion of tax-exempt income, our agreed plan of remitting, fiduciary deduction, or variance between your taxable year and that of this account. If you have interests in other accounts, appropriate schedules will follow.

ACCOUNT NAME: TMF [illegible]QUIDATI[illegible] TRUST

TRUST I.D. NUMBER: 75-6546935
ROBERT DIENER, CO TRUSTEE
8140 WALNUT HILL LN, STE 203
DALLAS, TX 75231

## GRANTOR TAX INFORMATION LETTER

BENEFICIARY:

ROBERT B DIENER
8140 WALNUT HILL LANE SUITE 800
DALLAS, TX 75231

I.D. NUMBER: 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

TAX YEAR
BEGINNING 01/01/2000
ENDING 12/31/2000

ENTER THE AMOUNTS LISTED BELOW ON YOUR U.S. INCOME TAX RETURN

### I N C O M E

OTHER INTEREST INCOME .............................................. 137,637.
(ENTER THE ABOVE ON SCHEDULE B, PART I, LINE 1)
DIVIDEND INCOME .................................................... 35,938.
(ENTER THE ABOVE ON SCHEDULE B, PART II, LINE 5)
LONG TERM GAINS OR LOSSES:
GAIN FROM INSTALLMENT SALES
TOTAL FOR YEAR ............................................ 19518732.
(ENTER ABOVE ON SCHEDULE D, PART II, COLUMN F)
OTHER GAIN OR LOSS
TOTAL FOR YEAR ............................................ 17766818.
(ENTER ABOVE ON SCHEDULE D, PART II, COLUMN F)
BUSINESS INCOME FROM ACTIVE/PASSIVE ACTIVITIES .............. -2679175.
(SEE SCHEDULE C INSTRUCTIONS)

### D E D U C T I O N S

AMORTIZATION FROM ACTIVE/PASSIVE ACTIVITIES ........................ 18.

### M I S C E L L A N E O U S   I N F O R M A T I O N

TAX-EXEMPT INTEREST (NOT SUBJECT TO ALT MIN TAX) ................ 172,385.
(ENTER ON FORM 1040, LINE 8B)
(NO ALLOCATION AGAINST FEES OR COMMISSIONS
HAS BEEN MADE WITH YOUR TAX-EXEMPT INCOME)

Report the amounts listed above on your 2000 tax return. These may differ from payments actually received by you. The difference may be caused by the exclusion of tax-exempt income, our agreed plan of remitting, fiduciary deduction, or variance between your taxable year and that of this account. If you have interests in other accounts, appropriate schedules will follow.

XD725 3.000 ROBERT B DIENER

**SCHEDULE C (Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business

(Sole Proprietorship)

▶Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.

▶Attach to Form 1040 or Form 1041. ▶See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2000**

Attachment Sequence No. 09

Name of proprietor: TMF LIQUIDATING TRUST

Social security number (SSN):

A Principal business or profession, including product or service (see page C-1 of the instructions): LIQUIDATING TRUST

B Enter code from pages C-7 & 8 ▶ 525920

C Business name. If no separate business name, leave blank.

D Employer ID number (EIN), if any: 75-6546935

E Business address (including suite or room no.) ▶ 8140 WALNUT HILL LANE, STE 203
City, town or post office, state, and ZIP code: DALLAS, TX 75231

F Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶

G Did you "materially participate" in the operation of this business during 2000? If "No," see page C-2 for limit on losses . . . . [X] Yes [ ] No

H If you started or acquired this business during 2000, check here ▶ [ ]

## Part I Income

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution:** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here ▶ [ ] | 1 | |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-2) | 6 | 1,321. |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 1,321. |

## Part II Expenses. Enter expenses for business use of your home only on line 30.

| Line | Description | | Amount | Line | Description | | Amount |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 19 | Pension and profit-sharing plans | 19 | |
| 9 | Bad debts from sales or services (see page C-3) | 9 | | 20 | Rent or lease (see page C-4): | | |
| | | | | a | Vehicles, machinery, and equipment | 20a | |
| | | | | b | Other business property | 20b | |
| 10 | Car and truck expenses (see page C-3) | 10 | | 21 | Repairs and maintenance | 21 | |
| 11 | Commissions and fees | 11 | 28,141. | 22 | Supplies (not included in Part III) | 22 | |
| 12 | Depletion | 12 | | 23 | Taxes and licenses | 23 | 47,195. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-3) | 13 | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | 24a | 4,849. |
| | | | | b | Meals and entertainment | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | c | Enter nondeductible amount included on line 24b (see page C-5) | | |
| 15 | Insurance (other than health) | 15 | 2,442. | d | Subtract line 24c from line 24b | 24d | |
| 16 | Interest: | | | | | | |
| a | Mortgage (paid to banks, etc.) | 16a | | 25 | Utilities | 25 | 2,322. |
| b | Other | 16b | | 26 | Wages (less employment credits) | 26 | |
| 17 | Legal and professional services | 17 | 208,789. | 27 | Other expenses (from line 48 on page 2) | 27 | 6,852,050. |
| 18 | Office expense | 18 | | | | | |

| Line | Description | | Amount |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 7,145,788. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | -7144467. |
| 30 | Expenses for business use of your home. Attach **Form 8829** | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3. • If a loss, you **must** go to line 32. | 31 | -7144467. |

32 If you have a loss, check the box that describes your investment in this activity (see page C-5).
• If you checked 32a, enter the loss on **Form 1040, line 12,** and also on **Schedule SE, line 2** (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you **must** attach **Form 6198.**

32a [X] All investment is at risk.
32b [ ] Some investment is not at risk.

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**

**Schedule C (Form 1040) 2000**

JSA
0F0918 3.000

JX2253 1805 05/09/2001 14:25:12 V0.06.01

**Part III** **Cost of Goods Sold** (see page C-6)

33 Method(s) used to value closing inventory: a ☐ Cost b ☐ Lower of cost or market c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . ☐ Yes ☒ No

| | | |
|---|---|---|
| 35 Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 Purchases less cost of items withdrawn for personal use | 36 | |
| 37 Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 Materials and supplies | 38 | |
| 39 Other costs | 39 | |
| 40 Add lines 35 through 39 | 40 | |
| 41 Inventory at end of year | 41 | |
| 42 Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | |

**Part IV** **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-3 to find out if you must file.

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶ ______________

44 Of the total number of miles you drove your vehicle during 2000, enter the number of miles you used your vehicle for:

a Business ______________ b Commuting ______________ c Other ______________

45 Do you (or your spouse) have another vehicle available for personal use? . . . ☐ Yes ☐ No

46 Was your vehicle available for use during off-duty hours? . . . ☐ Yes ☐ No

47a Do you have evidence to support your deduction? . . . ☐ Yes ☐ No

b If "Yes," is the evidence written? . . . ☐ Yes ☐ No

**Part V** **Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| MISCELLANEOUS | 3,194. |
| BARTER EXPENSE | 4,711. |
| BANK FEES | 9. |
| EMPLOYEE COMPENSATION (CASH AND STOCK) | 6,844,136. |
| | |
| | |
| | |
| | |
| | |
| 48 Total other expenses. Enter here and on page 1, line 27 . . . 48 | 6,852,050. |

Form **6252**

Department of the Treasury
Internal Revenue Service

# Installment Sale Income

▶ See separate instructions. ▶ Attach to your tax return.
▶ Use a separate form for each sale or other disposition of property on the installment method.

OMB No. 1545-0228

**2000**

Attachment Sequence No. 79

Name(s) shown on return: * SEE SUPPLEMENT

TMF LIQUIDATING TRUST

Identifying number: 75-6546935

1 Description of property ▶ SALE OF BUSINESS ACTIVITY

2a Date acquired (month, day, year) ▶ 09/11/1991 **b** Date sold (month, day, year) ▶ 05/10/1999

3 Was the property sold to a related party after May 14, 1980? See instructions. If "No," skip line 4 . . . . . . . . ☐ Yes ☒ No

4 Was the property you sold to a related party a marketable security? If "Yes," complete Part III. If "No," complete Part III for the year of sale and the 2 years after the year of sale . . . . . . . . ☐ Yes ☐ No

**Part I** **Gross Profit and Contract Price.** Complete this part for the year of sale only.

| Line | Description | | |
|---|---|---|---|
| 5 | Selling price including mortgages and other debts. **Do not** include interest whether stated or unstated | | 5 |
| 6 | Mortgages and other debts the buyer assumed or took the property subject to, but not new mortgages the buyer got from a bank or other source | 6 | |
| 7 | Subtract line 6 from line 5 | 7 | |
| 8 | Cost or other basis of property sold | 8 | |
| 9 | Depreciation allowed or allowable | 9 | |
| 10 | Adjusted basis. Subtract line 9 from line 8 | 10 | |
| 11 | Commissions and other expenses of sale | 11 | |
| 12 | Income recapture from Form 4797, Part III. See instructions | 12 | |
| 13 | Add lines 10, 11, and 12 | | 13 |
| 14 | Subtract line 13 from line 5. If zero or less, **stop here. Do not** complete the rest of this form | | 14 |
| 15 | If the property described on line 1 above was your main home, enter the amount of your excluded gain. Otherwise, enter -0-. See instructions | | 15 |
| 16 | **Gross profit.** Subtract line 15 from line 14 | | 16 |
| 17 | Subtract line 13 from line 6. If zero or less, enter -0- | | 17 |
| 18 | **Contract price.** Add line 7 and line 17 | | 18 |

**Part II** **Installment Sale Income.** Complete this part for the year of sale **and** any year you receive a payment or have certain debts you must treat as a payment on installment obligations.

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 19 | Gross profit percentage. Divide line 16 by line 18. For years after the year of sale, see instructions | | | 19 | 0.976199 |
| 20 | **For year of sale only:** Enter amount from line 17 above; otherwise, enter -0- | | | 20 | |
| 21 | Payments received during year. See instructions. **Do not** include interest, whether stated or unstated | | | 21 | 58292803. |
| 22 | Add lines 20 and 21 | | | 22 | 58292803.* |
| 23 | Payments received in prior years. See instructions. **Do not** include interest, whether stated or unstated | 23 | 177500000. | | |
| 24 | **Installment sale income.** Multiply line 22 by line 19 | | | 24 | 52049953.* |
| 25 | Part of line 24 that is ordinary income under recapture rules. See instructions | | | 25 | |
| 26 | Subtract line 25 from line 24. Enter here and on Schedule D or Form 4797. See instructions | | | 26 | 52049953. |

**Part III** **Related Party Installment Sale Income. Do not** complete if you received the final payment this tax year.

27 Name, address, and taxpayer identifying number of related party

28 Did the related party resell or dispose of the property ("second disposition") during this tax year? . . . . . . . . ☐ Yes ☒ No

29 **If the answer to question 28 is "Yes," complete lines 30 through 37 below unless one of the following conditions is met. Check the box that applies.**

a ☐ The second disposition was more than 2 years after the first disposition (other than dispositions of marketable securities). If this box is checked, enter the date of disposition (month, day, year) ▶

b ☐ The first disposition was a sale or exchange of stock to the issuing corporation.

c ☐ The second disposition was an involuntary conversion and the threat of conversion occurred after the first disposition.

d ☐ The second disposition occurred after the death of the original seller or buyer.

e ☐ It can be established to the satisfaction of the Internal Revenue Service that tax avoidance was not a principal purpose for either of the dispositions. If this box is checked, attach an explanation. See instructions.

| Line | Description | Line | Amount |
|---|---|---|---|
| 30 | Selling price of property sold by related party | 30 | |
| 31 | Enter contract price from line 18 for year of first sale | 31 | |
| 32 | Enter the **smaller** of line 30 or line 31 | 32 | |
| 33 | Total payments received by the end of your 2000 tax year. See instructions | 33 | |
| 34 | Subtract line 33 from line 32. If zero or less, enter -0- | 34 | |
| 35 | Multiply line 34 by the gross profit percentage on line 19 for year of first sale | 35 | |
| 36 | Part of line 35 that is ordinary income under recapture rules. See instructions | 36 | |
| 37 | Subtract line 36 from line 35. Enter here and on Schedule D or Form 4797. See instructions | 37 | |

TMF LIQUIDATING TRUST
EIN: 75-6546935

FORM 6252
LINE 24

SALE REPORTED ON INSTALLMENT SALE BASIS
PER REGULATION 15A.453

| | | |
|---|---|---|
| TOTAL COSTS TO BE ALLOCATED | 7,803,562 | |
| COSTS RECOGNIZED IN 1999 RETURN - YEAR 1 | 1,560,712 | |
| COSTS TO BE RECOGNIZED IN 2000 - FINAL YEAR | 6,242,850 | NOTE 1 |
| | | |
| FIXED PAYMENTS RECEIVED IN 2000 | 12,500,000 | NOTE 2 |
| COSTS TO BE RECOGNIZED IN 2000 - FINAL YEAR | (6,242,850) | |
| SUBTOTAL - GAIN ON FIXED PAYMENTS | 6,257,150 | |
| | | |
| CONTINGENT PAYMENT - 3/31/00 EARNOUT | 45,792,803 | |
| | | |
| INSTALLMENT SALE INCOME - FORM 6252 LINE 24 | 52,049,953 | |
| | | |
| FIXED PAYMENT RECEIVED IN 2000 | 12,500,000 | |
| CONTINGENT PAYMENT - 3/31/00 EARNOUT | 45,792,803 | |
| | | |
| PAYMENTS RECEIVED IN 2000 - FORM 6252 LINE 21 | 58,292,803 | |

NOTE: IN 2000 THE CONTRACT WAS CEASED AND ALL PAYMENTS PAID OUT. AS A RESULT ALL REMAINING COSTS TO BE ALLOCATED ARE BEING RECOGNIZED IN 2000 (FINAL TAXABLE YEAR OF SALE) TO OFFSET PAYMENTS RECEIVED.

EXPLANATION OF INCOME AND DEDUCTIONS

## INCOME

### INTEREST INCOME

| | | |
|---|---|---|
| OTHER INTEREST | | |
| SALOMON SMITH BARNEY | 191,546. | |
| ESCROW ACCOUNT | 175,486. | |
| TOTAL | | 367,032. |
| TOTAL INTEREST INCOME | | 367,032. |

### DIVIDEND INCOME

| | | |
|---|---|---|
| OTHER DIVIDENDS | | |
| SALOMON SMITH BARNEY | 42,293. | |
| ESCROW ACCOUNT | 53,542. | |
| TOTAL | | 95,835. |
| TOTAL DIVIDEND INCOME | | 95,835. |

### TAX-EXEMPT INCOME (GROSS)

| | | |
|---|---|---|
| RESIDENT TAX-EXEMPT INTEREST | | |
| SALOMON SMITH BARNEY DIVIDENDS | 9,777. | |
| ESCROW INTEREST | 449,916. | |
| TOTAL RESIDENT TAX-EXEMPT INTEREST | | 459,693. |
| TOTAL TAX-EXEMPT INCOME | | 459,693. |

STATEMENT 1

***SCHEDULE C INCOME AND EXPENSE SUPPLEMENT

PRINCIPAL BUSINESS ACTIVITY - LIQUIDATING TRUST

TMF LIQUIDATING TRUST 75-6546935

# Schedule D Detail of Long-term Capital Gains and Losses

| Description | Date Acquired | Date Sold | Gross Sales Price | Cost or Other Basis | Long-term Gain/Loss |
|---|---|---|---|---|---|
| 20% MAX RATE LONG-TERM CAPITAL GAINS (LOSSES) | | | | | |
| SALE OF TMF, INC STOCK | 9/11/1991 | 2/24/2000 | 45,437,822. | NONE | 45,437,822. |
| SALE OF APPRECIATED STOCK | 9/11/1991 | 2/24/2000 | 3,919,920. | 1,979,560. | 1,940,360. |
| TOTAL 20% MAX RATE LONG-TERM CAPITAL GAINS (LOSSES) | | | 49,357,742. | 1,979,560. | 47,378,182. |
| **Totals** | | | 49,357,742. | 1,979,560. | 47,378,182. |