of less than $1 million experienced an average discount of 25.5%, while firms with earnings of more than $1 million experienced discounts of approximately 15%, on average.

Observed discounts also varied by the trading market. Approximately 55% of purchases of stocks listed on the New York Stock Exchange ("NYSE") sold at discounts that did not exceed 20%, while only 34.3% of transactions of stocks listed on the American Stock Exchange ("ASE") and 37% of stocks traded on the over-the-counter ("OTC") market were purchased at discounts that did not exceed 20% (with percentages calculated based on relative values rather than numbers of transactions). Approximately 36% of all transactions with discounts between 0% and 10% involved OTC stocks, while 93.5% of all transactions with discounts between 40% and 50% involved the OTC stock of non-reporting companies.

A number of other studies on restricted securities have been published over the years. These studies replicated the methodology of the SEC study and reported similar discounts. Several of these studies are summarized as follows: the Milton Gelman study, with an average discount of 33.0%; the Robert Trout study, with an average discount of 33.5%; the Robert E. Moroney study, with an average discount of 35.6%; the J. Michael Maher study, with an average discount of 35.4%; the Standard Research Consultants study, with a median discount of 45.0%; the Willamette Management Associates Study, with a median discount of 31.2%; and the FMV Opinions study with an average discount of 23.0%. In total, these studies involved several hundred transactions covering a time period from the late 1960s through 1992.

Because the information included with the published results of these studies contains less detail than does the SEC study, it is difficult to assess the relative magnitude of the discounts indicated; however, the results coincide with the small company category outlined in the SEC study. Note that there does not appear to be any significant difference

in observed discounts over time. Thus, although studies such as the SEC study are somewhat aged, they still appear to be relevant.

**Hertzel and Smith Study**

The discount studies noted above include only restricted share transactions, preventing a comparison of discounts observed in private placements of restricted and registered shares. In contrast, a study by Hertzel and Smith analyzed private placements of both restricted and registered shares.[7] The transaction sample was for the period from January 1, 1980 through May 31, 1987. Summary information for the sample is presented in the following table:

| | Mean | Median | Number |
|---|---|---|---|
| Proceeds (millions) | $11.38 | $5.40 | 106 |
| Market value of equity (millions) | $94.68 | $45.93 | 106 |
| Fraction placed | 15.98% | 13.26% | 106 |
| Discount (percent of market price) | 20.14% | 13.25% | 106 |

The sample includes 106 placements by NYSE, ASE and OTC firms, with 75% for OTC firms. Market value of equity is measured 30 days prior to the private placement announcement. The discount is measured relative to share price 10 days after the announcement.

The following table provides descriptive information for the discounts observed in the sample for certain relevant variables (for applicable categories, bold figures reflect the category in which HRN would fall as of the valuation date):

[7] Hertzel, Michael and Richard L. Smith. "Market Discounts and Shareholder Gains for Placing Equity Privately." *The Journal of Finance*, June 1993: 459-485.

| | Range of Values | Mean Discount % | Number of Observations |
|---|---|---|---|
| Market value of equity (millions) | ≤ $10.0 | 34.6 | 13 |
| | 10.0-25.0 | 35.6 | 24 |
| | 25.0-75.0 | 17.2 | 32 |
| | 75.0-100.0 | 3.4 | 8 |
| | >100.0 | 8.7 | 29 |
| Fraction placed | ≤ 5.0% | 10.7 | 15 |
| | 5.0-10.0 | 20.9 | 23 |
| | 10.0-15.0 | 19.0 | 24 |
| | 15.0-20.0 | 13.1 | 18 |
| | > 20.0 | 30.8 | 26 |
| Book-to-market-equity ratio | ≤ 0.1 | 31.3 | 25 |
| | 0.1-0.4 | 25.0 | 29 |
| | 0.4-0.7 | 21.9 | 23 |
| | 0.7-1.0 | 5.0 | 16 |
| | >1.0 | 3.3 | 13 |
| Proceeds (millions) | ≤ $1.0 | 43.7 | 6 |
| | 1.0-5.0 | 33.1 | 41 |
| | 5.0-10.0 | 15.1 | 21 |
| | 10.0-20.0 | 10.1 | 19 |
| | > 20.0 | 0.2 | 19 |
| Ownership concentration | < 5.0% | 5.7 | 9 |
| | 5.0-25.0 | 24.2 | 26 |
| | > 25.0 | 16.8 | 35 |
| Financial distress | | 34.8 | 21 |
| Other | | 16.5 | 85 |
| Speculative product | | 32.2 | 33 |
| Other | | 14.7 | 73 |
| Restricted shares | | 42.0 | 18 |
| Other | | 15.6 | 88 |
| Full sample | | 20.1 | 106 |

(see Table VI, pp.478-79).

With respect to the above information, Hertzel and Smith note the following:

> We find larger discounts and discount-adjusted abnormal returns for small placements, placements by small firms, placements where the fraction placed is large, and placements where the value of intangible assets is an

important component of firm value. Average discounts are quite large for small placements and placements where *Book-to-market equity* ratios are low. Discounts approach zero for large placements and placements where *Book-to-market equity* ratios are high.[8]

Cross-sectional regression results are reported in the following table:

| Independent Variables | Coefficient |
|---|---|
| Intercept | 1.402 |
| Fraction placed | 0.410 |
| Financial distress | 0.091 |
| Book-to-market-equity | -0.141 |
| Log of proceeds | -0.078 |
| Restricted shares | 0.135 |
| Single investor | -0.091 |
| Management buyer | 0.021 |
| $F$-Value | 11.55 |
| Adjusted $R^2$ | 41.3% |

(see Table VII, p.479).

An application of the regression analysis presented above using data for HRN provides estimated discounts as follows:

| Independent Variables | Coefficient | Value |
|---|---|---|
| Intercept | 1.402 | |
| Fraction placed | 0.410 | 0.1811 |
| Financial distress | 0.091 | 0.0000 |
| Book-to-market-equity | -0.141 | 0.2388 |
| Log of proceeds | -0.078 | 18.7702 |
| Restricted shares | 0.135 | 1.0000 |

Values for management buyer and single investor variables are assumed to be 0 because the hypothetical buyer would not with certainty be either a management buyer or a single investor.

8 Ibid., p.476.

Subsequent to the initial public offering, there will be 55,209,000 shares outstanding. The size of the subject block of stock was 9,999,900 shares, or approximately 18.1% of shares outstanding. HRN was not in financial distress, with financial distress defined as two consecutive years of negative earnings. Thus, the value for financial distress is 0 (and would be 1 otherwise). Using a market price of $16.00 per share and a book value of approximately $3.82 per share, the book-to-market-equity ratio is approximately 0.2388. Log of proceeds is determined iteratively based on the concluded discount and is equal to 18.7702. The value for the restricted share variable is 1 because the shares are restricted (and would be 0 otherwise). The resulting discount is equal to 11.35%.

Because the Hertzel and Smith study, as well as the other studies cited above, consider transactions in which the restriction period was two years rather than one year, we adjust the above conclusion to reflect a one-year holding period. The discount is converted to reflect a one-year holding period using the following equation:

$$((1/(1\text{-Discount}))^{\wedge}.5) - 1$$

Using the above equation, the one-year holding period discount is equal to 6.21%. In the subject case, the resale of the stock is subject to volume restrictions pursuant to Rule 144 and various lock-up periods from the date of the initial public offering. Employing a measure of 1% of total Class A shares outstanding, the number of shares that could be sold each quarter is approximately 170,000.[9] Because, HRN's stock was not publicly traded prior to the valuation date, trading information is not available to calculate the average weekly trading volume for the preceding four weeks (the alternative volume restriction measurement). To estimate expected trading volume for HRN stock, we

[9] Based on information provided to us, we assume that the appropriate measure of shares outstanding in the context of Rule 144 volume restrictions is the total of Class A shares only rather than the total of Class A and Class B shares.

reviewed trading information for six companies operating in some aspect of the travel industry.[10]

Average weekly trading volume for these companies based on daily volume statistics as of the valuation date was equal to approximately 6.0% of total shares outstanding. Applying this measure to total shares outstanding for HRN (both Class A and Class B) yields weekly trading volume of slightly more than 3 million shares. Applying this measure to total Class A shares outstanding yields weekly trading volume of approximately 1 million shares. We elected to assume a stable weekly trading volume of approximately 2 million shares for HRN three years after the initial public offering. For years one and two after the initial public offering, we assumed volume restrictions would permit the sale of 170,000 and 340,000 shares per quarter, respectively.

The following table presents expected holding periods and corresponding discounts for the subject stock based on the contractual restrictions and Rule 144 volume restrictions, as well as registration rights:

| Year after Initial Public Offering | Shares Available For Sale | Average Holding Period | Discount |
|---|---|---|---|
| One | 1,959,960 | 2.00 | 11.4% |
| Two | 489,990 | 3.00 | 16.5% |
| Three | 489,990 | 3.25 | 17.8% |
| Four | 7,059,960 | 5.50 | 28.2% |

The discounts noted above are somewhat lower than what would be expected from the average discounts cited and the relative operating parameters of HRN. This circumstance results principally from the relatively significant amount of the proceeds implied by the size of the block of stock and the expected offering price. Given that the stock was not part of a private placement in which HRN received proceeds from issuing

[10] The six companies are Sabre Holdings, Cheap Tickets, Expedia, Getthere.Com, Preview Travel and Travel Service International.

the stock, the emphasis on this component of the analysis would necessarily understate the discount significantly. Using a nominal amount for the proceeds variable suggests discounts exceeding 50% because of the significant intangible component of HRN's value.

The following table presents discounts with the proceeds variable adjusted as described above:

| Year after Initial Public Offering | Shares Available For Sale | Average Holding Period | Discount |
|---|---|---|---|
| One | 1,959,960 | 2.00 | 35.5% |
| Two | 489,990 | 3.00 | 48.1% |
| Three | 489,990 | 3.25 | 50.9% |
| Four | 7,059,960 | 5.50 | 70.0% |

In our opinion, the above discounts more accurately reflect circumstances specific to HRN.

## Silber Study

The discount data presented by Hertzel and Smith is generally not inconsistent with a study completed by William L. Silber.[11] In the study, Silber identified 69 private placements of restricted securities between 1981 and 1988. The following table summarizes data from the sample:

[11] Silber, William L. "Discounts on Restricted Stock: The Impact of Illiquidity on Stock Prices." *Financial Analysts Journal*, July-August 1991: 60-64.

| | Mean | Standard Deviation | Maximum | Minimum |
|---|---|---|---|---|
| 1. Percentage discount | 33.75% | 23.7% | 84% | -12.7% |
| 2. Dollar size of issue (millions) | $4.3 | $6.6 | $40.0 | $0.17 |
| 3. Restricted/total | 13.6% | 10.3% | 56% | 1% |
| 4. Earnings (thousands) | $912 | $11,663 | $65,039 | -$8,863 |
| 5. Revenues (millions) | $40.0 | $106.0 | $595 | $0 |
| 6. Market Capitalization (millions) | $54.0 | $88.4 | $532 | $4.4 |

(see Table I, p.61).

The following table summarizes data from the sample with statistics categorized by level of discount:

| | Discounts > 35% (34 companies) | | Discounts < 35% (35 companies) | |
|---|---|---|---|---|
| | Mean | Standard Deviation | Mean | Standard Deviation |
| 1. Percentage discount | 53.9% | 13.1% | 14.1% | 12.6% |
| 2. Dollar size of issue (millions) | $2.7 | $3.9 | $5.8 | $8.2 |
| 3. Restricted/total | 16.3% | 12.4% | 10.9% | 7.0% |
| 4. Earnings (thousands) | -$1,440 | $2,736 | $3,198 | $15,394 |
| 5. Revenues (millions) | $13.9 | $22.2 | $65.4 | $144.9 |
| 6. Market Capitalization (millions) | $33.8 | $27.8 | $74.6 | $118.4 |

(see Table II, p.62).

Silber presents the following equation to explain the variance observed for discounts in the sample data (the dependent variable is the natural logarithm of the relative price of the restricted stock expressed in percentage terms):

| Independent Variables | Coefficient |
|---|---|
| Intercept | 4.330 |
| Log of revenue (in millions) | 0.036 |
| Log of restricted block relative to total common stock (in percent) | -0.142 |
| Earnings (equal to 1 if positive and 0 if negative) | 0.174 |
| Customer relationship (equal to 1 if there is a customer relationship between the investor and the issuing firm) | 0.332 |
| *F*-Value | 8.1 |
| Adjusted $R^2$ | 29.0% |

(see Equation 6, p.63).

An application of the regression analysis presented above using data for HRN provides estimated discounts as follows:

| Independent Variables | Coefficient | Value |
|---|---|---|
| Intercept | 4.330 | |
| Log of revenue (in millions) | 0.036 | 3.8174 |
| Log of restricted block relative to total common stock (in percent) | -0.142 | 2.8966 |
| Earnings (equal to 1 if positive and 0 if negative) | 0.174 | 1.0000 |
| Customer relationship (equal to 1 if there is a customer relationship between the investor and the issuing firm) | 0.332 | 0.0000 |

Revenues for the 12 months ended December 31, 1999 were $161.814 million; however, the appropriate measure of revenues for the Company is gross profit (equal to $45.486 million), which more accurately reflects net revenues given the nature of the Company's gross revenues. Shares in the block relative to shares outstanding were equal to approximately 18.1%. Earnings are positive. Thus, the earnings variable is equal to 1.

The customer relationship variable is assumed to equal 0. The resulting discount is equal to 31.28%. Adjusting for the one-year holding period yields a discount of 20.63%.

The following table presents expected holding periods and corresponding discounts for the subject stock based on the contractual restrictions and Rule 144 volume restrictions, as well as registration rights:

| Year after Initial Public Offering | Shares Available For Sale | Average Holding Period | Discount |
|---|---|---|---|
| One | 1,959,960 | 2.00 | 31.3% |
| Two | 489,990 | 3.00 | 43.0% |
| Three | 489,990 | 3.25 | 45.7% |
| Four | 7,059,960 | 5.50 | 64.3% |

In summary, the studies cited above suggest that a variety of factors exist that give rise to private placement discounts that are unrelated to share restrictions. These factors, which create information/monitoring costs, appear to influence larger, relatively stable firms to a lesser degree than they influence smaller firms. The unadjusted, large firm restricted share discounts can be expected to primarily reflect the influence of share restrictions. As with differences between small and large firm discounts, the variation in discount levels for firms of approximately the same size would appear to result from factors other than characteristics of the restricted shares (or the liquidity of markets for tradable shares in the same firms).

The average discount levels observed in the studies cited are in the approximate range of 20% to 40%, although there is significant variability in the observed discounts within samples. Where data is available, the variation in discounts is demonstrated to be related to operating characteristics such as revenues, earnings levels and the quality of earnings, intangible value relative to total firm value and speculative product development. Discounts from 10% to 20% would be characteristic of larger firms with favorable

operating characteristics, while discounts of 30% or more would be characteristic of smaller firms with unfavorable operating characteristics.

As the above data indicate, by measures of revenues, earnings and market capitalization, HRN is comparable to the typical firm found in the studies. This circumstance suggests that average discount levels may reflect a reasonable approximation of an appropriate discount for HRN. In addition, HRN is characterized by a high level of intangible value relative to book value, a factor that would suggest a relatively higher discount. On balance, in our opinion, the transaction studies suggest a discount in the range of approximately 30% to 70% for holding periods ranging from two to five years.

## Quantitative Models

With respect to the second approach, the appropriate discount can be estimated based on the value of the implied option that can hedge the additional risk associated with resale restrictions. The inability to freely trade restricted stock suggests that the owner takes on additional risk that the price of the shares will decline during the lock-up period. The discount for lack of marketability can be viewed as the cost of carrying this risk and is measured by considering the cost of a put option with terms that protect against the downside risk of a possible price decline.[12] The put option effectively transfers the economic risk to the writer of the option.

The value of the put option can be estimated based on an option pricing model, such as the commonly used Black-Scholes model.[13] The Black-Scholes model calculates the theoretical value of an option based on six parameters: 1) the time to expiration, 2) the

[12] For additional information on using an option-based methodology to determine the discount for lack of marketability see: Reynolds Griffith, Ph.D., "Valuation of Restricted Stocks: An Option Theory Approach," *ASA Valuation*, February 1988; and David B. H. Chaffe III, "Option Pricing as a Proxy for Discount for lack of Marketability in Private Company Valuations," *Business Valuation Review*, December 1993.

[13] Black, Fischer and Myron Scholes, "The Pricing of Options and Corporate Liabilities," *Journal of Political Economy*, May 1973.

expected future volatility of the underlying security, 3) the price of the underlying security, 4) the exercise price of the option, 5) the risk free-rate, and 6) dividend yield. The time to expiration, the price of the underlying security and the dividend yield are known variables. The yield of Treasury securities with comparable maturity to the lock-up period is typically used as a proxy for the risk-free rate. To be fully hedged, the exercise price must equal the future value of the current price of the security, compounded using the risk-free rate. Finally, the expected future volatility, a critical factor, has to be estimated.

The future volatility of the underlying security is difficult to estimate because it is an unobservable variable. There are two approaches to estimating volatility: historical volatility and implied volatility. The historical volatility estimate is based on the assumption that the volatility that prevailed over the recent past will continue to hold in the future. The implied volatility approach assumes that the market price of traded options reflects the stock's current volatility. In the case of HRN, no options are traded on the stock. Due to the absence of any trading history for HRN's stock, we elected to base our volatility estimate in part on data for nine companies operating in the internet retail or internet content industry, calculated based on data for the 52 weeks ended January 14, 2000.[14] On the basis of this data, the annual volatility was estimated to be approximately 98.8%. This estimate is almost identical to the volatility estimate of 100.0% used by HRN for certain calculations noted in its S-1. Accordingly, we elected to use a volatility estimate of 100.0%.

[14] The absence of publicly traded companies operating in the reservations/agent segment of the travel industry and the relatively limited trading history for many Internet companies limited the data on which to base an estimate of volatility; however, available data does suggest that the expected volatility for HRN would be significantly higher than for the average stock. Companies for which volatility was calculated include Priceline.com, Preview Travel, eBay, Ticketmaster, Online-City, Egghead.Com, CMGI, DoubleClick, Network Solutions and CNET. We also note that volatility for certain time periods for the stocks in our sample and for other Internet companies has been significantly greater than 100.0%.

Using an expected initial public offering price of $16.00 per share and a risk free rate of 6.5%, the put option was priced at $8.26 for a two-year holding period, indicating a discount of 51.6%. The value of the put option as a percentage of the stock price provides the estimate of the marketability discount. For a three-year holding period, the put option was priced at $9.73, indicating a discount of 60.8%. For holding periods of 3.25 years and 5.50 years, the put options are priced at $10.07 and $12.00, respectively, indicating discounts of 62.9% and 75.0%. Accordingly, we estimate the marketability discount for HRN stock for the indicated holding periods as follows:

| Year after Initial Public Offering | Shares Available For Sale | Average Holding Period | Discount |
|---|---|---|---|
| One | 1,959,960 | 2.00 | 51.6% |
| Two | 489,990 | 3.00 | 60.8% |
| Three | 489,990 | 3.25 | 62.9% |
| Four | 7,059,960 | 5.50 | 75.0% |

A second application of an objective methodology is based on a formula that relates the unsystematic risk for an individual stock to the expected risk premium for the market. Unsystematic risk, or unique risk, stems from the fact that many of the perils that surround an individual company are peculiar to that company and perhaps its immediate competitors. This risk is diversifiable. Another form of risk, systematic risk, or market risk, stems from the fact that there are economy-wide perils that threaten all businesses, a circumstance that explains why stocks have a tendency to move together. Investors are exposed to market risk no matter how many stocks are held in a portfolio.

An important cost of owning restricted stock arises from the inability to sell the stock and achieve a well-diversified portfolio. The inability to achieve full diversification imposes a cost on the investor of restricted securities. This cost can be quantified under the framework of the capital asset pricing model ("CAPM"). The CAPM, independently

developed by William F. Sharpe and John Lintner[15,16], provides a method to estimate expected return on a publicly traded security on the basis of its "relative market risk" (systematic risk). The main idea behind the CAPM is that, in a competitive market, investors who hold diversified portfolios will not be concerned about the diversifiable risk of an investment and will only require a risk premium to compensate them for non-diversifiable risk. These investors will set market prices in equilibrium.

Systematic risk is measured by beta, a measure of the tendency of a security's return to move with the overall market's return. For example, a stock with a beta of 1.0 tends to rise and fall by the same percentage as the market. Thus, "$\beta = 1.0$" indicates an average level of systematic risk. Stocks with a beta greater than 1.0 tend, on average, to rise and fall by a greater percentage than the market. Likewise, a stock with a beta less than 1.0 has a low level of systematic risk and is therefore less sensitive to changes in the market.

The CAPM formula used to estimate the expected return on an asset is as follows:

$$E[R_s] = R_f + B_s * E\{R_m - R_f\}$$

In the above equation, $E[R_s]$ denotes the expected return on a (risky) asset, $R_f$ denotes the rate of return on a risk-free asset, $B_s$ denotes the beta of the risky asset and $E\{R_m - R_f\}$ denotes the expected excess return on the market portfolio, over and above the risk-free rate (also known as the expected risk premium on the market portfolio).

As noted previously, an owner of restricted stock incurs an opportunity cost arising from the inability to diversify. The optimal risk reward tradeoff, which can be obtained by investing in well-diversified portfolios, is represented by the Capital Market Line (see

15 Sharpe, William F. "Capital Asset Prices: A Theory of Market Equilibrium under Conditions of Risk." *Journal of Finance*, September 1964.

16 Lintner, John. "Security Prices, Risk and Maximal Gains from Diversification." *Journal of Finance*, December 1965.

figure below). Consider an individual investment in restricted shares of a stock such as "I", as illustrated in the following chart:

**Capital Market Line and Estimating the Liquidity Premium**




This investment is characterized by both systematic and unsystematic risk. While it is ordinarily possible for an investor to diversify the unsystematic risk of this investment by holding only a small position in the investment in a well-diversified portfolio, the holder of restricted stock cannot do so. The expected return on the stock, however, will be based only on the systematic risk of the investment, according to CAPM. An investor in the restricted stock is subject to the unsystematic risk of the undiversified position without any compensation.

The opportunity cost to this investor due to the inability to diversify can be measured by the opportunity cost represented by the difference between E[I'] and E[I] in the above figure. The portfolio I' has the same total risk as I but has no unsystematic risk. Because its systematic risk is therefore higher than I, it has a higher expected return. The difference E[I'] - E[I] represents the liquidity premium in this framework. Accordingly, to estimate the discount for the HRN stock, we employed the following formula:

$$1 - \frac{1}{(1+r)^n}$$

where:

| | | |
|---|---|---|
| $n$ | = | holding period; |
| $r$ | = | $\frac{E(R_m) - R_f}{\sigma_m} * U_s$ |
| $E(R_m) - R_f$ | = | expected return on the market portfolio; |
| $\sigma_m$ | = | estimated systematic risk for the market; |
| $U_s$ | = | $\sigma_s - (\beta * \sigma_m)$ = estimated annual unsystematic risk for the stock; |
| $\sigma_s$ | = | annual standard deviation (volatility) of stock price; and |
| $\beta$ | = | an index of the subject stock's systematic risk. |

The beta for HRN was estimated to equal 1.00, based on an estimated industry beta for commercial lodging establishments.[17] The volatility of the S&P 500 is about 15% per year and the volatility of small company stocks as calculated by Ibbotson Associates has been in the range of 25%. We elected to use a volatility figure of 20% for the market and approximately 100.0% for HRN stock.

To estimate the expected return on the market portfolio, we used historical data published in *Stocks, Bonds, Bills and Inflation* by Ibbotson Associates. Based on the published data, we selected a market risk premium of 9.4%. This premium is equivalent to the average annualized total return on equity investments, defined as the S&P 500, in excess of the average total return on U.S. Treasury bills, representing the return for investing in risk-free securities, for the period from 1926 through 1998.

[17] See Ibbotson Associates *Cost of Capital Quarterly 1999 Yearbook*. Absent reliable data for Internet-related companies, we chose the lodging segment as being most representative of systematic risk for HRN.

Accordingly, the variables used to estimate a discount for the HRN stock were as follows:

$E(R_m) - R_f$ = 9.4%
$\sigma_m$ = 20%
$U_s$ = $\sigma_s - (\beta * \sigma_m) = 80.0\%$
$\sigma_s$ = 100.0%
$\beta$ = 1.00

For a holding period of one year, the indicated discount is approximately 37.6%. Accordingly, we estimate the marketability discount for HRN stock for the indicated holding periods as follows:

| Year after Initial Public Offering | Shares Available For Sale | Average Holding Period | Discount |
|---|---|---|---|
| One | 1,959,960 | 2.00 | 47.2% |
| Two | 489,990 | 3.00 | 61.6% |
| Three | 489,990 | 3.25 | 64.5% |
| Four | 7,059,960 | 5.50 | 82.7% |

## IV. VALUATION CONCLUSION

# IV. VALUATION CONCLUSION

## INTRODUCTION

Business Valuation Services, Inc. has completed a valuation analysis of the common stock of Hotel Reservations Network, Inc. Our analysis was limited to a determination of an appropriate marketability discount applicable to the stock, as of February 24, 2000, giving consideration to relevant resale restrictions. We understand that the valuation will be used for tax purposes in connection with an initial public offering of HRN's common stock. No other purpose for our analysis is intended or should be inferred.

For purposes of this report, fair market value is defined as the price at which property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of the relevant facts.

## SYNTHESIS AND CONCLUSION

Employing empirical information from transaction studies, the discount level appropriate for the HRN stock for the holding periods indicated is as follows (see discussion of Hertzel and Smith model relating to proceeds variable):

| Year after Initial Public Offering | Shares Available For Sale | Average Holding Period | Discount |
|---|---|---|---|
| One | 1,959,960 | 2.00 | 31% - 36% |
| Two | 489,990 | 3.00 | 43% - 48% |
| Three | 489,990 | 3.25 | 46% - 51% |
| Four | 7,059,960 | 5.50 | 64% - 70% |

Employing objective quantitative methodologies, the discount level appropriate for the HRN stock for the holding periods indicated is as follows:

| Year after Initial Public Offering | Shares Available For Sale | Average Holding Period | Discount |
|---|---|---|---|
| One | 1,959,960 | 2.00 | 47% - 52% |
| Two | 489,990 | 3.00 | 61% - 62% |
| Three | 489,990 | 3.25 | 63% - 64% |
| Four | 7,059,960 | 5.50 | 75% - 83% |

We elected to base our conclusion on the quantitative methodologies that emphasize the expected volatility for the HRN stock. Accordingly, our concluded discounts are 49.5%, 61.5%, 63.5% and 79.0% for restriction periods of one, two, three and four years, respectively.

Based on the methodology employed in our analysis, it is our opinion that the marketability discount to be applied to the market price of the Hotel Reservations Network, Inc. stock to reflect the fair market value of the stock giving consideration to relevant resale restrictions, as of February 24, 2000, is reasonably stated as:

| Restriction Period | Discount |
|---|---|
| One year | 49.5% |
| Two years | 61.5% |
| Three years | 63.5% |
| Four years | 79.0% |

## PROCEDURES

This valuation analysis was conducted in accordance with generally accepted valuation procedures. These procedures included such substantive valuation tests as we considered necessary and appropriate under the circumstances. We relied on information provided to us regarding HRN and made limited investigation as to the accuracy and completeness of

such information. Our analysis was based in part on this information as well as on other data we developed.

## V. STATEMENT OF LIMITING CONDITIONS

## V. STATEMENT OF LIMITING CONDITIONS

This value opinion report has been prepared pursuant to the following general assumptions and general limiting conditions:

1. We assume no responsibility for the legal description or matters including legal or title considerations. Title to the subject assets, properties or business interests are assumed to be good and marketable unless otherwise stated.

2. The subject assets, properties or business interests are appraised free and clear of any or all liens or encumbrances unless otherwise stated.

3. We assume responsible ownership and competent management with respect to the subject assets, properties or business interests.

4. The information furnished by Management is believed to be reliable; however, we issue no warranty or other form of assurance regarding its accuracy.

5. We assume that there is full compliance with applicable federal, state and local regulations and laws unless noncompliance is stated, defined and considered in the appraisal report.

6. We assume that all required licenses, certificates of occupancy, consents or legislative or administrative authority from any local, state or national government, private entity or organization have been or can be obtained or renewed for any use on which the valuation opinion contained in this report is based.

7. Possession of this valuation report, or a copy thereof, does not carry with it the right of publication. It may not be used for any purpose by any person other than the party to whom it is addressed without our written consent and, in any event, only with proper written qualifications and only in its entirety.

8. We, by reason of this valuation, are not required to give testimony, or to be in attendance in court with reference to the assets, properties or business interests in question unless arrangements have been previously made.

9. This valuation report has been prepared in conformity with, and is subject to, the requirements of the code of professional ethics and standards of professional conduct of the professional appraisal organizations of which we are members.

10. Disclosure of the contents of this valuation report is governed by the bylaws and regulations of the Association for Investment Management and Research and the American Society of Appraisers.

11. No part of the contents of this report, especially any conclusions of value, the identity of the appraisers, or the firm with which the appraisers are associated, shall be disseminated to the public through advertising, public relations, news, sales or other media without our prior written consent and approval.

12. We assume no responsibility for any financial reporting judgments which are appropriately those of Management. Management accepts the responsibility for any related financial reporting with respect to the assets, properties or business interests encompassed by this appraisal.

## VI. APPRAISAL CERTIFICATION

## VI. APPRAISAL CERTIFICATION

We hereby certify the following statements regarding this appraisal:

1. We have not inspected the assets, properties or business interests encompassed by this appraisal.

2. We have no present or contemplated future interest in the assets, properties or business interests that are the subject of this appraisal report.

3. We have no personal interest or bias with respect to the subject matter of this report or the parties involved.

4. Our compensation for making the appraisal is in no way contingent upon the value reported.

5. To the best of our knowledge and belief, the statements of facts contained in this report, upon which the analyses, conclusions and opinions expressed herein are based, are true and correct.

6. No persons other than appraisers of Business Valuation Services, Inc. have prepared the analyses, conclusions and opinions concerning the assets, properties or business interests set forth in this report.

7. Our analyses, opinions and conclusions were developed, and this report has been prepared in conformity with the Uniform Standards of Professional Appraisal Practice.

Mark L. Mitchell

Mark L. Mitchell, CFA, ASA

## VII. QUALIFICATIONS OF PRINCIPAL APPRAISER

## VII. QUALIFICATIONS OF PRINCIPAL APPRAISER

**MARK L. MITCHELL, CFA, ASA**

**Principal**

Mark L. Mitchell participates in all phases of project management and client development for the firm. He has extensive experience in the valuation of business assets for gift and estate tax purposes, acquisition, divestiture, strategic planning, minority stockholder disputes, ESOPs and fairness and solvency opinions. He frequently values debt instruments and other specialized securities, including convertible bonds, preferred stock, options and warrants. Mr. Mitchell has completed numerous assignments involving the valuation of intangible assets, including patents, software, license agreements, trademarks and trade names.

Mr. Mitchell has significant experience in providing valuation consulting services in litigation support situations. He has provided services in cases involving economic loss, business interruption/lost profits, bankruptcy/reorganization and marital dissolution. Mr. Mitchell brings to the firm an extensive knowledge of financial markets, economics, securities analysis and the tax and accounting aspects of valuation issues. He has served clients in a wide variety of industries.

Mr. Mitchell holds a Master of Business Administration degree in Finance from Southern Methodist University and two Bachelor of Science degrees, in Mathematical Sciences and Economics and Systems Analysis, also from Southern Methodist University. He is a member of the Association for Investment Management and Research, a member of the Dallas Association of Investment Analysts and a Senior Member of the American Society of Appraisers.